# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**NOTICE OF RELATED CASE INFORMATION**

**Case Number** 25-1702

**Short Case Caption** Finjan LLC v. Palo Alto Networks, Inc.

**Filing Party/Entity** Palo Alto Networks, Inc.

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

> Finjan, LLC. v. Fortinet Inc., No. 3:18-cv-06555-JD (N.D. Cal.)

☐    Additional pages attached

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> Finjan LLC
> Fortinet Inc.

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> Fish & Richardson P.C.: Juanita R. Brooks, Roger A. Denning
> Herbert Smith Freehills Kramer (US) LLP: Paul J. Andre, Lisa Kobialka, James Hannah
> Quinn Emmanuel Urquhart & Sullivan LLP: Sean S. Pak, Andrew M. Holmes, Iman Lordgooei, Ognjen Zivojnovic, David A. Nelson, Nathan Hamstra

☐ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 10/23/2025

Signature: /s/ Brian R. Matsui

Name: Brian R. Matsui